NUMBER 13-03-725-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

TONY SHANE PETERS,                                                     Appellant,

v.

THE STATE OF TEXAS TDCJ-ID, ET AL.,                            Appellees.
___________________________________________________________________

On appeal from the 24th District Court 
of De Witt County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, TONY SHANE PETERS, attempted to perfect an appeal from a
judgment entered by the 24th District Court of De Witt County, Texas, in cause
number 02-09-129,123. Judgment in this cause was signed on September 30, 2003. 
No timely motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant’s
notice of appeal was due on October 30, 2003, but was not filed until December 4,
2003. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. Appellant has filed an untimely motion for leave to file notice of appeal and
a motion requesting that the appeal not be dismissed.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s motions, is of the
opinion that the appeal should be dismissed for want of jurisdiction. Appellant’s
untimely motion for leave to file notice of appeal is dismissed for want of jurisdiction. 
Appellant’s motion requesting that the appeal not be dismissed is dismissed as moot. 
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM
Opinion delivered and filed this
the 26th day of February, 2004.